**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TONY TERRELL BUNTON**                                                                  **PLAINTIFF**

**v.**                                                                                                            **NO. 4:04CV354-D-D**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**           **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 26, 2007, and the May 16, 2007, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 26, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the motion **[104]** for summary judgment filed by defendant Dr. Whitman Johnson is hereby **GRANTED**.

3. That judgment is hereby **ENTERED** for defendant Dr. Whitman Johnson.

THIS, the 24th day of May, 2007.

                                                                                           /s/ Glen H. Davidson
                                                                                           CHIEF JUDGE