IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TONY TERRELL BUNTON**                                                           **PLAINTIFF**

**v.**                                                                            **No. 4:04CV354-D-D**

**CORRECTIONS CORPORATION
OF AMERICA, ET AL.**                                                              **DEFENDANTS**

## FINAL JUDGMENT ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated April 26, 2007.  The plaintiff's objections to the Report and Recommendation are without merit and are hereby **OVERRULED**. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore **ORDERED**:

1.     That the Report and Recommendation of the United States Magistrate Judge dated April 26, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.     That the motion [98] of the defendants Delta Correctional Facility, Corrections Corporation of America, Jones, Jody Bradley, Thomas, Noral, Gwen Porter, and McTims for summary judgment is hereby **GRANTED.**

3. That the instant case is hereby **DISMISSED** with prejudice.

4. That this case is **CLOSED.**

THIS, the 11th day of July, 2007.

       /s/ Glen H. Davidson
SENIOR JUDGE